**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

RADICA SREEKISSOON and TESHA BHIRO,

        **Plaintiffs,**

   -against-

DAVID STANLEY, et al.,

        **Defendants.**

-----------------------------------------------------------------X

            **25-CV-05840 (SN)**

            **ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

  On April 6, 2026, Defendants filed an affidavit of service showing that Third-Party Defendant John Raghunath was served with the summons and Third-Party Complaint. See ECF No. 27. To date, Third-Party Defendant John Raghunath has not answered the Third-Party Complaint. By no later than Friday, May 8, 2026, Defendants shall file a status letter indicating whether they have had any contact with Third-Party Defendant regarding his pending response.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  May 5, 2026
     New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 5/5/2026