USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

**RADICA SREEKISSOON and TESHA BHIRO,**

**Plaintiffs,**

**-against-**

**DAVID STANLEY, et al.,**

**Defendants.**
------------------------------------------------------------------X

------------------------------------------------------------------X

**STANLEY DAVID PARKER, et al.,**

**Third-Party Plaintiffs,**

**-against-**

**JOHN RAGHUNATH,**

**Third-Party Defendant.**
------------------------------------------------------------------X

**25-CV-05840 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On July 7, 2026, the parties appeared for an Initial Pretrial Conference. Per Plaintiffs' consent during the conference, Defendant John Raghunath is terminated as a Defendant in this action. He shall, however, remain as a Third-Party Defendant and a Counter-Claim Plaintiff.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 9, 2026
New York, New York